UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA,<br><br>    Plaintiff,<br><br>vs.<br><br>JASON HALPERN, SHAWN LAMPMAN, JOHN KNOTT, BRUCE K. ISAACSON, BRADLEY F. BURNS, LORI A. BURNS FAMILY TRUST u/a//d 4/15/1988, ORIGIN PROPERTIES, LLC, a Nevada limited liability company,<br><br>    Defendants. | 2:08-CV-01571-PMP-GWF<br><br>Consolidated with:<br><br>Case No. 2:09-CV-02300-PMP-GWF<br><br><br>**JUDGMENT** |
| LAKE ELSINORE 521 LLC, a Nevada limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for FIRST NATIONAL BANK OF NEVADA, SUCCESSOR-IN-INTEREST TO FIRST NATIONAL BANK OF ARIZONA,<br><br>    Defendant. | |

The Court having this date entered its Findings of Fact and Conclusions of Law on Plaintiff's Complaint for Deficiency Judgement, and finding therein that no deficiency exists,

**IT IS ORDERED** that Judgement is hereby entered in favor of Defendants Lake Elsinore 521 LLC, a Nevada limited liability company, Jason Halpern, Shawn Lampman, John Knott, Bruce K. Isaacson, Bradley F. Burns, Lori A. Burns, Bradley F. And Lori A. Burns Family Trust, Origin Properties, LLC, KH Capital, LLC and against Plaintiff Federal Deposit Insurance Corporation, as Receiver for First National Bank of Nevada, Successor-In-Interest to First National Bank of Arizona.

Dated this 24th day of October, 2012.

_____
PHILIP M. PRO
United States District Judge